§ JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
PACIFIC BELL TELEPHONE COMPANY

### DEFENDANTS
UNITED STATES OF AMERICA, CLARK REALTY BUILDERS, INC., CLARK REALTY BUILDERS, LP, and DOES 1 through 10

(b) County of Residence of First Listed Plaintiff SAN FRANCISCO
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Steven D. Rathfon (SBN 058085)
LAW OFFICES OF STEVEN D. RATHFON
6114 Lasalle Ave., #518
Oakland, CA 94611    Tel: 510-530-6668

Attorneys (If Known)

Unknown

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [x] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [x] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury— Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury — Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | **PERSONAL PROPERTY** | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 370 Other Fraud | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 371 Truth in Lending | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [x] 380 Other Personal Property Damage | [ ] 690 Other | | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise | | | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 740 Railway Labor Act | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | **Habeas Corpus:** | [ ] 790 Other Labor Litigation | | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | [ ] 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | [ ] 894 Energy Allocation Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 540 Mandamus & Other | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 900Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | [ ] 550 Civil Rights | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 440 Other Civil Rights | [ ] 555 Prison Condition | [ ] 463 Habeas Corpus – Alien Detainee | | |
| | | | [ ] 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. Sections 1346 (b)(1), 2674 (Federal Tort Claims Act)

Brief description of cause:
Action to recover damages to telephone cables caused by agencies of the United States, and its contractors

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ 77,305.45
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)
- [ ] SAN FRANCISCO/OAKLAND
- [ ] SAN JOSE

DATE
February 16, 2008

SIGNATURE OF ATTORNEY OF RECORD

Steven D. Rathfon (Bar No. 058085)
LAW OFFICES OF STEVEN D. RATHFON
Oakland Office
6114 LaSalle, #518
Oakland, CA 94611
Tel: (510) 530-6668
Fax: (510) 530-9422

Attorneys for
PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT
IN AND FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PACIFIC BELL TELEPHONE COMPANY

    Plaintiff,

vs.

UNITED STATES OF AMERICA, CLARK REALTY BUILDERS, INC., a corporation, CLARK REALTY BUILDERS, LP, and DOES 1 through 10

    Defendants.

Case No. CV 08 1107

COMPLAINT FOR PROPERTY DAMAGE

PACIFIC BELL TELEPHONE COMPANY (hereinafter "PBTC") complains of the above-named defendants as follows:

1.    At all relevant times PBTC was, and is, a California Corporation authorized to act under the laws of this state.

2.    Defendant CLARK REALTY BUILDERS, INC. (CRBI) is a Maryland corporation licensed to do business, and doing business, under and by virtue of the laws of the State of California.

Complaint - Pacific Bell v.USA.

Law Offices of
Steven D. Rathfon
Tel: 510-530-6668
Fax: 510-530-9422

1    3.    Defendant CLARK REALTY BUILDERS, LP (CRBLP) is a Maryland limited
2 partnership licensed to do business, and doing business, under and by virtue of the laws of the
3 State of California.
4    4.    The UNITED STATES OF AMERICA (USA) is a defendant in this lawsuit by
5 virtue of the negligent acts of its agencies, the Department of the Army (ARMY) and the
6 National Aeronautics and Space Administration (NASA).
7    5.    The events giving rise to this lawsuit occurred on Moffett Field, Santa Clara
8 County, California.
9    6.    PBTC does not know the true names and capacities, whether individual,
10 corporate or otherwise, of defendants DOES 1 through 10, and prays leave to insert their names
11 in lieu of the fictitious names when their true names are learned. Each of the DOE defendants is
12 in some way liable to PBTC for its damages.
13    7.    At all relevant times each defendant, including the DOE defendants, was the
14 agent, servant and employee of each of its co-defendants, and in doing the things hereinafter
15 alleged, was in the scope of its authority, authorized by, and acting with the permission, consent
16 and direction of each of its co-defendants. Each defendant was in some manner responsible and
17 is liable for PBTC's damages.

18                              JURISDICTION
19    8.    This lawsuit is brought pursuant to the Federal Tort Claims Act, 28 USCA §
20 2674 and § 1346(b)(1). PBTC timely filed claims with ARMY and NASA on April 17, 2007.
21 NASA has denied the claim, ARMY has not denied or accepted the claim.
22

23                              **FIRST COUNT**
24    9.    On or about April 18, 2005, PBTC was the owner of certain property that
25 consisted of underground cables and other facilities (hereinafter " SUBSURFACE
26 FACILITIES") which were legally and properly located underground in conduit structures
27 designed, owned, maintained and controlled by defendant USA's agencies ARMY and NASA

- 2 -

1  at or near the following location: approximately 400 yards south of the main gate, Moffett Field,
2  Santa Clara County, California.
3      10.    On or about April 18, 2005, defendant CLARK, performing excavation work to
4  install a gas line for defendant USA, negligently damaged PBTC's SUBSURFACE
5  FACILITIES. After exposing PBTC's SUBSURFACE FACILITIES and before damaging
6  them, USA negligently misinformed defendants CRBI and CRBLP (hereinafter collectively
7  CLARK) that there were no working utilities at the location of the excavation. Defendants
8  CLARK and USA both negligently failed to identify and mark the SUBSURFACE
9  FACILITIES which provided numerous telecommunication services to Moffett Field. CLARK,
10 without making further inquiry, and to facilitate its installation of the gas line, cut and removed
11 a portion of the SUBSURFACE FACILITIES, thereby interrupting telecommunications
12 services to Moffett Field customers. The aforesaid conduct by defendants legally and
13 proximately caused damages to PBTC, including but not limited to, the costs of temporarily and
14 permanently repairing and replacing the SUBSURFACE FACILITIES, the construction and
15 installation of new facilities which were required due to the damage of the SUBSURFACE
16 FACILITIES, indirect costs and overhead expenses as authorized, but not limited, by the Public
17 Utilities Code Section 7952, and loss of use and other damages, yet to be fully ascertained, all of
18 which are no less than $72,894.45.
19
20 SECOND COUNT
21     11.    On or about May 17, 2005, PBTC was the owner of certain property that
22 consisted of underground cables and other facilities (hereinafter "SUBSURFACE FACILITIES
23 2") which were legally and properly located underground in conduit structures designed, owned,
24 maintained and controlled by defendant USA's agencies ARMY and NASA at or near the
25 following location: Wescott Road at Building 48, Moffett Field, Santa Clara County, California.
26     12.    On or about May 17, 2005, defendants CLARK negligently damaged said
27 SUBSURFACE FACILITIES 2 while excavating with a backhoe. Defendant USA negligently

1 failed to locate, mark, warn or otherwise bring to defendants CLARK's attention the presence of
2 the said facilities contained in defendant USA's conduit structures in the immediate area of the
3 excavation. The aforesaid conduct by defendants legally and proximately caused damages to
4 PBTC, including but not limited to, the costs of temporarily and permanently repairing and
5 replacing the SUBSURFACE FACILITIES in a sum no less than $4,411.10.

7 Dated: February 16, 2008

LAW OFFICES OF STEVEN D. RATHFON

By: _____
Steven D. Rathfon
Attorneys for Plaintiff
PACIFIC BELL TELEPHONE COMPANY