# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BELL TELEPHONE COMPANY | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: |
| UNITED STATES OF AMERICA, CLARK REALTY BUILDERS, INC., CLARK REALTY BUILDERS, LP, and DOES 1 through 10 | CV 08 1107 EDL |

TO: (Name and address of defendant)

UNITED STATES OF AMERICA
c/o U.S. Attorney, Northern District California,
450 Golden Gate Avenue,11th Flr. San Francisco, CA 94102

c/o Attorney General, U.S. Department of Justice,
950 Pennsylvania Avenue, NW Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

STEVEN D. RATHFON
LAW OFFICES OF STEVEN D. RATHFON
6114 LASALLE AVE., #518
OAKLAND, CA 94611
TEL: 510-530-6668  FAX: 510-530-9422

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK                                              DATE  FEB 25 2008

_____
(BY) DEPUTY CLERK