# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BELL TELEPHONE COMPANY | **SUMMONS IN A CIVIL CASE** |
| | CASE NUMBER: |
| V. | |
| UNITED STATES OF AMERICA, CLARK REALTY BUILDERS, INC., CLARK REALTY BUILDERS, LP, and DOES 1 through 10 | CV 08  1107  EDL |

TO: (Name and address of defendant)

CLARK REALTY BUILDERS, INC. AND CLARK REALTY BUILDERS, LP
c/o CSC - LAWYERS INCORPORATING SERVICE, Agent for service of process on
   CLARK REALTY BUILDERS, INC. AND CLARK REALTY BUILDERS, LP
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

STEVEN D. RATHFON
LAW OFFICES OF STEVEN D. RATHFON
6114 LASALLE AVE., #518
OAKLAND, CA 94611
TEL: 510-530-6668  FAX: 510-530-9422

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking                                           FEB 2 5 2008
CLERK                                                         DATE

Helen L. Almacen
_____
(BY) DEPUTY CLERK