1  Gregg N. Dulik (CA Bar No. 124221)
   THELEN REID BROWN RAYSMAN & STEINER LLP
2  101 Second Street, Suite 1800
   San Francisco, CA 94105
3  Tel. 415.371.1200
   Fax 415.371.1211
4
   Attorneys for Defendants
5  CLARK REALTY BUILDERS, LP and
   CLARK REALTY BUILDERS, INC.
6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | PACIFIC BELL TELEPHONE COMPANY, | Case No.: CV 08 1107 EDL
12 |                Plaintiff,       | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
13 |        vs.                      | [Local Rule 6-1(a)]
14 | UNITED STATES OF AMERICA, CLARK
   | REALTY BUILDERS, INC., a corporation,
15 | CLARK REALTY BUILDERS, LP, and
   | DOES 1 through 10,
16 |
   |                Defendants.
17

SF #1445529 v1

1  Pursuant to Local Rule 6-1(a) of the United States District court for the Northern District
2  of California, plaintiff PACIFIC BELL TELEPHONE COMPANY and defendants CLARK
3  REALTY BUILDERS, INC. and CLARK REALTY BUILDERS, LP, by and through their
4  respective counsel, hereby stipulate that these defendants shall have an extension to April 15, 2008
5  to answer or otherwise respond to plaintiff's complaint filed on February 25, 2008.

IT IS SO STIPULATED.

Dated: 3-30-08

LAW OFFICES OF STEVEN D. RATHFON

By _____
Steven D. Rathfon
Attorneys for Plaintiff
PACIFIC BELL TELEPHONE COMPANY

Dated: 4/8/08

THELEN REID BROWN RAYSMAN & STEINER LLP

By _____
Gregg N. Dulik
Attorneys for Defendants
CLARK REALTY BUILDERS, LP and
CLARK REALTY BUILDERS, INC.

SF #1445529 v1

-1-

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
[Local Rule 6-1(a)]