**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PACIFIC BELL TELEPHONE COMPANY,

    Plaintiff,

    v.

UNITED STATES OF AMERICA, et al.,

    Defendant.
_____/

No. C 08-01107 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference scheduled for May 27, 2008 has been continued to **June 3, 2008 at 10:00 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. A joint case management statement shall be filed no later than May 27, 2008.

Dated: May 19, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____[signature: Lili M. Harrell]_____
Lili M. Harrell
Courtroom Deputy