FILED
08 MAY 21 PM 12:57

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PACIFIC BELL TELEPHONE

Plaintiff(s),

v.

USA, CLARK REALTY, ET AL

Defendant(s).

No. C 08-01107 EDL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: MAY 19, 2008

Signature

Counsel for PLAINTIFF
(Plaintiff, Defendant or indicate "pro se")

## PROOF OF SERVICE BY:

[ ] FAX   [X] MAIL   [ ] MAIL AND FAX   [ ] PERSONAL DELIVERY

Re: Re:  <u>Pacific Bell Telephone Company v. United States of America; Clark Realty Builders, Inc., et al;</u> U.S. District Court, N.D. Cal. #C 08-01107 EDL

I, Steven D. Rathfon, declare that:

I am over the age of eighteen years, not a party to the within action, and employed in the City of Oakland, County of Alameda, California. My business address is the Law Offices of Steven D. Rathfon, 6114 LaSalle, #518, Oakland, California 94611. I am readily familiar with our practice for collection and processing of correspondence and documents for filing and service on other parties. Under that practice, in the ordinary course of business, correspondence and documents are faxed, or faxed and/or deposited, postage fully prepaid, with the United States Postal Service, or delivered personally, on the same day they are collected and processed.

On the date stated below, I served CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE in the manner indicated above, in accordance with our ordinary practices, addressed to the person(s) listed below:

| | |
|---|---|
| Abraham A. Simmons<br>U.S. ATTORNEY'S OFFICE<br>450 Golden Gate Avenue<br>P.O. Box 36055<br>San Francisco, CA 94102<br>(415) 436-7264 Fax: (415) 436-6748<br>Email: abraham.simmons@usdoj.gov | Gregg N. Dulik<br>THELEN REID & PRIEST LLP<br>101 Second Street<br>Suite 1800<br>San Francisco, CA 94105-3606<br>415-369-7250  Fax 415-369-8643<br>Email: gndulik@thelenreid.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: May 20, 2008

_____
Steven D. Rathfon