```
Steven D. Rathfon (Bar No. 058085)
LAW OFFICES OF STEVEN D. RATHFON
Oakland Office
6114 LaSalle, #518
Oakland, CA  94611
Tel:  (510) 530-6668
Fax: (510) 530-9422


Attorneys for
PACIFIC BELL TELEPHONE COMPANY
```

UNITED STATES DISTRICT COURT
IN AND FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BELL TELEPHONE COMPANY<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA, CLARK REALTY BUILDERS, INC., a corporation, CLARK REALTY BUILDERS, LP, and DOES 1 through 10<br><br>    Defendants. | Case No. C 08-01107 EDL<br><br>PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITY |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

   1. AT&T, Inc. owns plaintiff Pacific Bell Telephone Company.

- 1 -

Law Offices of
Steven D. Rathfon
Tel: 510-530-6668
Fax: 510-530-9422

Pacific Bell v.USA C 08-01107 EDL
Plaintiff's Certification of Interested Entities

1  Dated: May 19, 2008

                          LAW OFFICES OF STEVEN D. RATHFON

                          By: _____
                              Steven D. Rathfon
                          Attorneys for Plaintiff
                          PACIFIC BELL TELEPHONE COMPANY

Law Offices of
Steven D. Rathfon
Tel: 510-530-6668
Fax: 510-530-9422

Pacific Bell v.USA C 08-01107 EDL
Plaintiff's Certification of Interested Entities

- 2 -

**PROOF OF SERVICE BY:**

[ ] **FAX**   [X] **MAIL**   [ ] **MAIL AND FAX**   [ ] **PERSONAL DELIVERY**

Re: Re:  Pacific Bell Telephone Company v. United States of America; Clark Realty Builders, Inc., et al; U.S. District Court, N.D. Cal. #C 08-01107 EDL

I, Steven D. Rathfon, declare that:

I am over the age of eighteen years, not a party to the within action, and employed in the City of Oakland, County of Alameda, California. My business address is the Law Offices of Steven D. Rathfon, 6114 LaSalle, #518, Oakland, California 94611. I am readily familiar with our practice for collection and processing of correspondence and documents for filing and service on other parties. Under that practice, in the ordinary course of business, correspondence and documents are faxed, or faxed and/or deposited, postage fully prepaid, with the United States Postal Service, or delivered personally, on the same day they are collected and processed.

On the date stated below, I served PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES in the manner indicated above, in accordance with our ordinary practices, addressed to the person(s) listed below:

Abraham A. Simmons
U.S. ATTORNEY'S OFFICE
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102
(415) 436-7264  Fax: (415) 436-6748
Email: abraham.simmons@usdoj.gov

Gregg N. Dulik
THELEN REID & PRIEST LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3606
415-369-7250  Fax 415-369-8643
Email: gndulik@thelenreid.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: May 20, 2008

*(signature)*
Steven D. Rathfon