JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7264
    Facsimile:  (415) 436-6748
    Email:  abraham.simmons@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PACIFIC BELL TELEPHONE COMPANY ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, CLARK ) <br> REALTY BUILDERS, INC., a corporation, ) <br> CLARK REALTY BUILDERS, LP, and ) <br> DOES 1 through 10, ) <br> ) <br> Defendants. ) <br>_____ ) | Case No. C 08-1107 EDL <br><br> CONSENT TO EXERCISE <br> JURISDICTION BY A UNITED STATES <br> MAGISTRATE JUDGE |

**CONSENT TO EXERCISE OF JURISDICTION**

**BY A UNITED STATES MAGISTRATE JUDGE**

    In accordance with the provisions of 28 U.S.C. § 636(c) and F.R.Civ.P. 73, defendant United States of America hereby voluntarily consents to have the assigned United States magistrate judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

                                                              Respectfully submitted,
                                                              JOSEPH P. RUSSONIELLO
                                                              United States Attorney

Dated: <u>May 27, 2008</u>                                                      <u>     /s/     </u>
                                                                                          ABRAHAM A. SIMMONS
                                                                                          Assistant United States Attorney