1
2
3
4
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff(s), | No. C |
| v. | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| Defendant(s). | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____

/s/ Gregg N. Dulik
Signature

Counsel for _____
(Plaintiff, Defendant or indicate "pro se")
CLARK REALTY BUILDERS, INC. AND
CLARK REALTY BUILDERS, LP

SF #1490617 v1 (035171-9)