Steven D. Rathfon (Bar No. 058085)
LAW OFFICES OF STEVEN D. RATHFON
Oakland Office
6114 LaSalle, #518
Oakland, CA  94611
Tel:  (510) 530-6668
Fax: (510) 530-9422

Attorneys for
PACIFIC BELL TELEPHONE COMPANY

# UNITED STATES DISTRICT COURT
## IN AND FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BELL TELEPHONE COMPANY<br><br>          Plaintiff,<br><br>     vs.<br><br>UNITED STATES OF AMERICA, CLARK REALTY BUILDERS, INC., a corporation, CLARK REALTY BUILDERS, LP, and DOES 1 through 10<br><br>          Defendants. | Case No. C 08-01107 EDL<br><br>JOINT CASE MANAGEMENT STATEMENT |

The parties to this lawsuit submit the following Joint Case Management Statement pursuant to Civil Local Rule 16-9 and this court's standing order:

1.  Jurisdiction is based upon Federal Tort Claims Act and the United States being a party to this action. There are no issues regarding personal jurisdiction or venue. All named defendants have been served and have appeared.

2.  This is an action to recover the costs of repairing Pacific Bell's underground cables damaged during construction of housing at Moffett Field, Santa Clara County, California.  Plaintiff alleges that the contractor hired by the US Army cut working Pacific Bell telephone cables after the Army and/or NASA employees advised the contractor that

Pacific Bell v.USA C 08-01107 EDL
Jt. Case Mgmt Statement

1   there were no working utilities in the location of the work.  The principal factual issue

2   appears to be who had responsibility for locating and protecting underground utilities

3   contained in conduits on federal land.

4       3.  The legal issue is whether the USA or Clark was negligent in failing to identify

5   and protect the telephone cables from being damaged by the construction activity on federal

6   land.

7       4.  No motions are pending or are anticipated at this time.

8       5.  No amendments to the pleadings are expected at this time.

9       6.  The attorneys have agreed to advise their respective clients to preserve evidence

10   relevant to the issues reasonably evident in this action.

11       7.  The parties each have made initial disclosures as required by Fed. R. Civ. P. 26.

12       8.  No discovery has been conducted to date.  The proposed discovery plan is to

13   complete paper discovery by end of August, percipient witness depositions by the end of

14   September, and any expert depositions by the end of November, 2008.

15       9.  This is not a class action.

16       10.  There are no related cases pending.

17       11.  Pacific Bell is seeking damages of $77,305.55 which consists of the cost of labor,

18   materials and contractors for repairing the damaged cables and the lost use of the facilities

19   during repairs.

20       12.  The parties have agreed to court-sponsored mediation of this matter.

21       13.  The parties each have consented to the currently assigned Magistrate Judge for

22   all purposes.

23       14.  This case is not for appropriate other references.

24       15.  The issues in the case are not complex and no additional procedures are

25   necessary to narrow the issues.

26       16.  This case can be handled expeditiously without the need for streamlined

27   procedures.

Law Offices of
Steven D. Rathfon
Tel: 510-530-6668
Fax: 510-530-9422

Pacific Bell v.USA C 08-01107 EDL
Jt. Case Mgmt Statement

1      17.  The parties propose the following scheduling dates:

2          a. Expert designations – October 15, 2008;

3          b. Discovery cutoff -  November 21, 2008

4          c. Dispositive motions filed by - December 23, 2008

5          d. Trial – March 30, 2009

6      18.  Defendant Clark has requested jury trial.

7      19.  Pacific Bell has filed The Certification of Interested Entities or Persons. Pacific

8  Bell Telephone Company is owned by AT&T, Inc.

9      20.  The parties have agreed to mediate this matter in an effort to facilitate an

10  inexpensive disposition.

11  Dated: May 28, 2008        LAW OFFICES OF STEVEN D. RATHFON

12

13             By: _____/s/_____

14                 Steven D. Rathfon
Attorneys for Plaintiff

15             PACIFIC BELL TELEPHONE COMPANY

16

17  Dated:  May 28, 2008        THELEN REID & PRIEST LLP

18

19             By: _____/s/_____

20                 Gregg N. Dulik
Attorneys for Defendants Clark Realty Builders, Inc.

21             And Clark Realty Builders, LP

22  Dated: May  28, 2008        UNITED STATES ATTORNEY'S OFFICE

23

24             By: _____/s/_____

25                Abraham A. Simmons
Attorneys for Defendant United States of America

26

27

Law Offices of
Steven D. Rathfon
Tel: 510-530-6668
Fax: 510-530-9422

- 3 -

Pacific Bell v.USA C 08-01107 EDL
Jt. Case Mgmt Statement