# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Pacific Bell Telephone Company,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>United States of America,<br><br>　　　　　Defendant(s). | 08-01107 EDL MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Mediator assigned to this case is:

**Michael Timpane**
JAMS
1255 Treat Blvd.
Suite 700
Walnut Creek, CA 94597
925-938-5060

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-01107 EDL MED　　　　　　　　　　　- 1 -

1    Counsel are reminded that the written mediation statements required by the ADR
2 L.R. 6-7 shall NOT be filed with the court.

4 Dated: June 4, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

———————————————
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
08-01107 EDL MED                - 2 -