In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date: June 4, 2008

Case No:  **C- 08-01107 EDL**

Case Name: **PACIFIC BELL TELEPHONE CO v. UNITED STATES OF AMERICA**

| Attorneys: | Pltf: Stephen Rathfon | Deft: Abraham Simmons (USA) |
| --- | --- | --- |
|  |  | Gregg Dulik (Clark Dfts) (p) |
| Deputy Clerk: | Lili M. Harrell | FTR digital recording: 10:18am - 10:27am |

**PROCEEDINGS:**                                             **RULING:**

1.  Initial Case Management Conference                 Held

2.


**ORDERED AFTER HEARING:**


**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**   1/13/09 for further case management conference.


**PRETRIAL SCHEDULE:**

Last day to add new parties: 6/18/08
Discovery cutoff: 11/21/08
Initial expert disclosure deadline: 11/21/08
Rebuttal expert disclosure deadline: 11/28/08
Expert discovery cutoff: 12/12/08
Dispositive Motion filing deadline:12/9/08
Dispositive Motions hearing date: 1/13/09
Pretrial Conference: 3/17/09
Trial: 4/6/09 at 8:30 a.m., set for 3-4 days.
       [X] Jury  [ ]  Court

Notes:
cc: