

THE RESOLUTION EXPERTS®

NOTICE TO ALL COUNSEL (Please see Service List)      MAILED July 21, 2008

RE: **Pacific Bell Telephone Company vs. United States of America, et al. (PRO BONO)**
Reference #: 1120008729

Dear Counsel:

Thank you for choosing JAMS as your dispute resolution provider. This letter will confirm that your mediation has been scheduled as follows:

DATE:   August 18, 2008 at 1:30 PM for 3.50 hours

PLACE:  United States Attorney's Office
        450 Golden Gate Ave.
        Box 36055
        San Francisco, CA 94102

NEUTRAL: Mr. Michael J. Timpane Esq.

In preparation for your mediation, it is recommended that you submit memoranda, briefs or other documents to the neutral at 1255 Treat Blvd., Suite 700, Walnut Creek, CA 94597 by August 11, 2008. It is also essential to have in attendance the appropriate representatives who have complete settlement authority.

For your reference, enclosed please find our administrative information and if monies are outstanding, an invoice for your share of the fees. To reserve your mediation, please mail your payment to JAMS at the PO Box number located on the bottom of the invoice. If additional research or future session time is requested for the matter, another invoice will be sent to you at the conclusion of the session.

Please note that JAMS reserves the right to cancel your mediation if fees are not paid by all parties by July 28, 2008. However, cancellation will occur only following written notice from JAMS.

If time is reserved but goes unused or is canceled by one of the parties within 21 days of the scheduled date, JAMS will make every attempt to reschedule the neutral's time with another matter. However, if JAMS cannot reschedule and the time then goes unused, the party canceling the mediation is responsible for all fees associated with the reserved time.

As *The Resolution Experts* we take pride in helping you to resolve your dispute. If you have any questions about our procedures or the settlement process, please feel free to contact me directly at 925-975-5706.

Sincerely,

Kathleen C. Hanley
Sr. Case Manager
khanley@jamsadr.com
Fax# 925-938-6732