United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**PACIFIC BELL TELEPHONE CO**

    Plaintiff(s),                                No. C-**08-01107** EDL

    v.                                         **ORDER OF CONDITIONAL DISMISSAL**

**UNITED STATES OF AMERICA**

    Defendants.

_____/

The Court, having been informed that this matter has been settled, HEREBY ORDERS that this case is dismissed without prejudice, with leave to reinstate within 60 days of the date of this order for the purpose of proceeding with the litigation in the event the condition of the stipulated dismissal with prejudice, i.e., payment, has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

IT IS SO ORDERED.

Dated: November 10, 2008

                                                               ELIZABETH D. LAPORTE
                                                              United States Magistrate Judge